UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ROBERTA GREEN, individually and on behalf of               PLAINTIFFS

v.                                                         CIVIL ACTION NO. 3:07CV-24-S

CSX CORPORATION, et al.                                    DEFENDANTS

### MEMORANDUM OPINION AND ORDER

  This matter is before the court on motion of the defendant, CSX Transportation, Inc. ("CSXT"), to dismiss the complaint for failure to state a claim upon which relief may be granted. (DN 14). CSXT has also filed a motion for leave to supplement its motion in light of the recent case of *Bell Atlantic Corporation v. Twombly*, 127 S.Ct. 1955 (2007) addressing the standard for the sufficiency of pleadings under a Fed.R.Civ.P. 12(b)(6) analysis (DN 43). The plaintiffs do not object to the motion to supplement. The motion will therefore be granted.

  In response, the plaintiffs filed a First Amended Class Action Complaint and a "Suggestion of Mootness," urging that the court need not rule on the pending motion to dismiss insofar as the plaintiffs have added new plaintiffs and allegations to their complaint. While the court does not find the motion to be moot, the amended complaint appears to address the bases for dismissal raised by CSXT. Thus the motion to dismiss for failure to state a claim will be denied with respect to the grounds asserted in the original and supplemental memoranda.

  The First Amended Class Action Complaint now contains specific allegations of actual, physical injury to the named plaintiffs and their property which the defendant claimed were lacking in the original complaint. Even under an arguably more stringent pleading standard established by *Twombly*, the allegations of the amended complaint sufficiently allege actual injury. *Twombly* held

"we do not require heightened fact pleading of specifics, but only enough facts to state a claim to relief that is plausible on its face." *Id*. at 1974.  The motion to dismiss will therefore be denied.

For the reasons set forth herein and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that

1.  The motion of the defendant, CSX Transportation, Inc., for leave to supplement its motion to dismiss (DN 43) is **GRANTED**.

2.  The motion of the defendant, CSX Transportation, Inc., to dismiss (DN 14) is **DENIED** inasmuch as the First Amended Class Action Complaint contains allegations of actual physical injury to the named plaintiffs and their property.

**IT IS SO ORDERED.**