## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**ROBERTA GREEN, et al**                                                                             **PLAINTIFFS**
**v.**                         **CIVIL ACTION NO. 3:07CV-24-R**
**CSX CORPORATION, et al**             **DEFENDANTS**

\*\*\*\*\*\*\*\*

**FASTRIP, INC., et al**      **PLAINTIFFS**
**v.**       **CIVIL ACTION NO. 3:07CV-66-R**
**CSX CORPORATION, et al**      **DEFENDANTS**

\*\*\*\*\*\*\*\*

**ROBERTA GREEN, et al**      **PLAINTIFFS**
**v.**      **CIVIL ACTION NO. 3:08CV-42-R**
**GENERAL ELECTRIC CAPITAL SERVICES, INC. et al**      **DEFENDANTS**

### ORDER ON STATUS CONFERENCE

A telephonic status conference was conducted before the Magistrate Judge on Tuesday July 1, 2008, with the following appearances:

FOR THE PLAINTIFFS: Attorneys Ryan C. Reed, John E. Spainhour.

FOR THE DEFENDANT CSX Transportation: Attorney Lewis Sutherland, Darryl Scott Lavery.

FOR THE DEFENDANT General Electric Capital Services, Inc: Scott T. Dickens, M. Christian King.

The parties shall continue to work on refining the class definition and other matters regarding settlement.

After discussion with the parties and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the motion for preliminary approval of the class settlement shall be filed by **Thursday July 31, 2008.**

**IT IS FURTHER ORDERED** that all prior deadlines are stayed pending further order of the Court.

cc: Counsel of Record

0|10