UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ROBERTA GREEN, et al.                                                                          PLAINTIFFS

v.                                                                           CIVIL ACTION NO. 3:07CV-24-R

CSX TRANSPORTATION, INC.                                                                        DEFENDANT

## ORDER

**IT IS HEREBY ORDERED** that the parties' joint motion for a limited extension of time to file a motion for preliminary approval of class settlement (DN 96) is **GRANTED**, and they shall have until **August 14, 2008**, to file said motion.

Copies to Counsel of Record