UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| In re BULLITT COUNTY TRAIN DERAILMENT LITIGATION | § § § § § | CIVIL ACTION NO. 3:07CV-24-R1<br><br>HON. THOMAS B. RUSSELL<br>JURY TRIAL REQUESTED |

**PLAINTIFFS' AND DEFENDANTS' MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiffs, Michael Robison, Joann McGaha, Rick McGaha, Gary Wilson, Russell Peacock, John Henry Eddington, Louis Weird, and Barbara Neuschwander, individually and as next friend to minor child L.B., and Defendants, CSX Transportation, Inc. ("CSXT") and General Electric Capital Services, Inc. and General Electric Railcar Services Corp. (collectively "GE") seek preliminary approval of the proposed class action settlement of this lawsuit involving a train derailment, fire(s), environmental release(s) and cleanup that occurred near Brooks, Kentucky, beginning on January 16, 2007. Plaintiffs, CSXT, and GE are collectively the "Parties." Following months of negotiations the Parties have achieved a proposed settlement that requires Defendants to pay a total of $3,000,000 for the benefit of the Settlement Class. The Parties reached this proposed settlement following a mediation conducted by the Honorable Dave Whalin, United States Magistrate Judge, on June 3, 2008. In exchange for the settlement payment, the Settlement Class will release all claims asserted in the litigation.

The approval process of a class action settlement is generally a three-step process. The Court first reviews the proposed settlement to determine whether it appears to be fair, adequate, and reasonable under the standards of Federal Rule of Civil Procedure 23(e) ("Rule 23").  Where, as here, a settlement is the product of arm's length negotiations conducted by capable and experienced counsel, the settlement is generally presumed to be reasonable.  Second, the terms of the proposed settlement are then provided to the Settlement Class Members via individual and published notice. Third, the Court will hold a fairness hearing to consider the terms of the settlement in detail and any objections or other comments provided by Class members.  During the time period between the notice and the fairness hearing, the Class members will have the opportunity to (i) submit a Claim Form (evidencing intent to participate in the settlement); (ii) submit written objections or other comments regarding the settlement, or (iii) opt out of the class settlement to pursue their individual claims separately, if that is their desire.

The following documents are attached in connection with this Motion for Preliminary Approval to facilitate the Court's review of the proposed Class Settlement and the notice to the putative Class.

| | |
|---|---|
| EXHIBIT A | Class Settlement Agreement and General Release |
| EXHIBIT B | Form of Proposed Preliminary Approval Order and Notice Plan |
| EXHIBIT B-1 | Map of Class Area |
| EXHIBIT B-2 | Proposed Form of Published Notice |
| EXHIBIT B-3 | Proposed Form of Individual Notice (including Claim Form) |

Wherefore premises considered, the Parties request that the Court: (1) grant preliminary approval of the proposed settlement under Rule 23(e); (2) approve the proposed form and distribution plan of the notice; (3) approve the proposed Claim Form and related procedures;

(4) set a date for dissemination of notice and deadlines for Class members to comment on the proposed settlement and to opt-out of the settlement, if that is their desire, and (5) schedule a fairness hearing to consider final approval of the proposed settlement. Each of these matters is discussed in detail, including citation to the applicable law, in the attached memorandum. A proposed form of Preliminary Approval Order is attached.

Respectfully submitted,

*Attorneys for Plaintiffs and the Putative Plaintiff Settlement Class*

/s/ W. Lewis Garrison, Jr.
W. Lewis Garrison, Jr.
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
Birmingham, Alabama 35203
P: 205.326.3336
F: 205.326.3332
wlgarrison@hgdlawfirm.com

Lee L. Coleman
HUGHES & COLEMAN
1256 Campbell Lane, Suite 201 (42102)
P. O. Box 10120
Bowling Green, Kentucky 42102
P: 270.782.6003
F: 270.843.8820
lcoleman@hughesandcoleman.com

John E. Spainhour
GIVHAN & SPAINHOUR
200 South Buckman Street, Suite One
Shepardsville, Kentucky 40165
P: 502.543.2218
F: 502.955.7000
jspainhour@alltel.net

M. Scott Barrett
BARRETT & ASSOCIATES
520 N. Walnut Street (47404)
P. O. Box 533
Bloomington, Indiana 47404
P: 812.334.2600
F: 812.337.8850
barrettecf@aol.com

Barry G. Reed
ZIMMERMAN REED
14646 North Kierland Blvd., Suite 125
Scottsdale, Arizona 85254
P: 480.348.6400
F: 480.348.6415
bgr@zimmreed.com

| | |
|---|---|
| *Attorneys for Defendant*<br>*CSX Transportation, Inc.* | BOEHL, STOPHER & GRAVES, LLP<br><br>/s/ Darryl S. Lavery<br>Edward H. Stopher<br>Darryl S. Lavery<br>400 West Market Street<br>Aegon Center, Suite 2300<br>Louisville, Kentucky  40202-3346<br>P:  502.589.5980<br>F:  502.561.9400<br>estopher@bsg-law.com<br>dlavery@bsg-law.com<br><br>Knox D. Nunnally<br>Lewis C. Sutherland<br>VINSON & ELKINS L.L.P.<br>1001 Fannin Street, Suite 2500<br>Houston, Texas  77002-6760<br>P:  713.758.2416<br>F:  713.615.5220<br>knunnally@velaw.com<br>lsutherland@velaw.com<br><br>Sandra G. Rodriguez<br>Texas State Bar No. 00790752<br>VINSON & ELKINS L.L.P.<br>2801 Via Fortuna, Suite 100<br>Austin, Texas  78746-7568<br>P:  512.542.8631<br>F:  512.236.3279<br>srodriguez@velaw.com |

| | |
|---|---|
| *Attorneys for Defendants General Electric Capital Services, Inc. and General Electric Railcar Services Corp.* | /s/ Jere F. White<br>Jere F. White<br>Chris King<br>Lana Alcorn Olson<br>LIGHTFOOT FRANKLIN WHITE<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203-3200<br>P: 205.581.0718<br>F: 205.380.9118<br>jwhite@lightfootlaw.com<br><br>Jennifer K. Eggers<br>LEONARD, O'BRIEN, SPENCER, GALE & SAYRE Ltd<br>100 South Fifth St., Suite 2500<br>Minneapolis, MN 55402<br>P: 612.332.1030<br>F: 612.332.2740<br>jeggers@losgs.com<br><br>Scott T. Dickens<br>FULTZ, MADDOX, HOVIOUS & DICKENS<br>101 So. Fifth Street, Suite 2700<br>Louisville, KY 40202-3116<br>P: 502.588.2000<br>F: 502.588.2020<br>sdickens@fmhd.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Darryl S. Lavery

Houston 3710946v.2

6