## NOTICE OF CLASS ACTION SETTLEMENT

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

If you lived in, owned property in or were working in or near Brooks, Kentucky (where a train derailment occurred) in Bullitt County between January 16 and January 19, 2007, you could get a payment from a class action settlement.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- The Settlement will create a $3 million Settlement Fund to pay claims for persons or entities who lived in, owned property in or were working in or near Brooks, Kentucky between January 16 and January 19, 2007 where a train derailment, fires and environmental releases occurred. The Settlement Fund will also be used to pay class counsel attorneys' fees and various expenses.

- To qualify, you must have lived in (as your primary residence), owned property in or have been working in (as your primary/full-time employment) the "Class Area" (as shown on Exhibit 1) between January 16 and January 19, 2007.

- Your legal rights are affected whether you act or don't act. Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | The only way to get a payment |
| **Exclude Yourself** | Get no payment. This is the only option that allows you to possibly ever be part of any other lawsuit against CSXT or GE about the legal claims in this case. |
| **Object** | Write to the Court about why you don't like the settlement. |
| **Go To a Hearing** | As to speak in Court about the fairness of the settlement. |
| **Do Nothing** | Get no payment. Give up rights. |

QUESTIONS? CALL 1-800-345-0837 TOLL FREE
OR VISIT WWW.BULLITTCOUNTYTRAINDERAILMENT.COM

Page 1
EXHIBIT 3 to Proposed Preliminary Approval Order

# NOTICE OF CLASS ACTION SETTLEMENT

- These rights and options - - and the deadlines to exercise them - - are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlement and after appeals are resolved. Please be patient.

**BASIC INFORMATION**……………………………………………………………  PAGE __
    1. Why did I get this notice package?
    2. What is this lawsuit about?
    3. Why is this a class action?
    4. Why is there a settlement?

**WHO IS IN THE SETTLEMENT**……………………………………………………  PAGE __
    5. How do I know if I am a part of the settlement?
    6. Which companies are included?
    7. If I lived or worked in or near Brooks during the time frame identified but I don't have a health problem, am I included?
    8. If I owned property in the area that was not damaged, am I included?
    9. I'm still not sure if I am included.
    10. If I previously received a payment from CSXT in connection with the derailment, am I still eligible to participate in this settlement?
    11. There is a child in my household (born before ____). Is he/she eligible?
    12. Are disabled persons or persons who died since the date of the derailment eligible?

**THE SETTLEMENT BENEFITS - - WHAT YOU GET..**……………………………  PAGE __
    13. What does the settlement provide?
    14. What can I get from the settlement?
    15. What if I get sick in the future?

**HOW YOU GET A PAYMENT - - SUBMITTING A CLAIM FORM**………………  PAGE __
    16. How can I get a payment?
    17. When would I get a payment?
    18. What am I giving up to get a payment or stay in the Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT**…………………………  PAGE __
    19. How do I get out of the settlement?
    20. If I don't exclude myself, can I sue CSXT and/or GE for the same thing later?
    21. If I exclude myself, can I get money from this settlement?

QUESTIONS? CALL 1-800-345-0837 TOLL FREE
OR VISIT WWW.BULLITTCOUNTYTRAINDERAILMENT.COM

# **NOTICE OF CLASS ACTION SETTLEMENT**

**THE LAWYERS REPRESENTING YOU** ……………………………………   **PAGE __**
      22.      Do I have a lawyer in this case?
      23.      How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT**……………………………………   **PAGE __**
      24.      How do I tell the Court that I don't like the settlement?
      25.      What's the difference between objecting and excluding?

**THE COURT'S FAIRNESS HEARING**……………………………………   **PAGE __**
      26.      When and where will the Court decide whether to approve the settlement?
      27.      Do I have to come to the hearing?
      28.      May I speak at the hearing?

**IF YOU DO NOTHING**……………………………………………………   **PAGE __**
      29.      What happens if I do nothing at all?

**GETTING MORE INFORMATION**…………………………………………   **PAGE __**
      30.      Are there more details about the settlement?
      31.      How do I get more information?

## Basic Information

There was a train derailment, fires, environmental releases and clean-up that took place beginning on January 16, 2007 near Brooks, Kentucky, which is in Bullitt County. You or someone in your family may have lived in or owned a home in the Brooks, Kentucky area between January 16 and January 19, 2007.  Or you or a family member may have been working (primary job/full-time) in the Brooks, Kentucky area between January 16 and January 19, 2007.

The Court sent you this notice because you have a right to know about a proposed settlement of a class action lawsuit, and about your options, before the Court decides whether to approve the settlement. If the Court approves it and after objections and appeals are resolved, an administrator appointed by the Court will make payments that the settlement allows.

This package explains the lawsuit, the settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

# NOTICE OF CLASS ACTION SETTLEMENT

The Court in charge of the case is the United States District Court for the Western District of Kentucky at Louisville and the case is known as *In Re Bullitt County Train Derailment*, Case No. 3:07-CV-24-R.[1] The people who sued are called the Plaintiffs, and the companies they sued, CSX Transportation, Inc. ("CSXT"), General Electric Capital Services, Inc. and General Electric Railcar Services Corp., ("GE"), are called the Defendants.

This lawsuit arises out of the train derailment, fires, environmental releases and clean-up that happened beginning on January 16, 2007 near Brooks, Kentucky, which is in Bullitt County. CSXT was the operator of the railroad. GE leased one or more of the rail cars that derailed in the accident. The lawsuit claimed that CSXT and GE caused the train derailment and resulting fires and environmental releases. The lawsuit claimed that substances in one or more of the railcars were released and that the released substances escaped onto neighboring properties causing damage to property and to people (including inconvenience arising from evacuation and shelter-in-place by area residents). CSXT and GE deny they did anything wrong.

In a class action, one or more people, called Class Representatives (for example, in this case, Michael Robison, Joann McGaha, Rick McGaha, Gary Wilson, Russell Peacock, John Henry Eddington, Louis Weird, and Barbara Neuschwander, individually and as next friend to minor child L.B.), sue on behalf of people who have similar claims. All these people are a "Class" or "Class Members." One court resolves the issues for all Class Members, except for those who exclude themselves from the Class. U.S. District Judge Thomas B. Russell is in charge of this class action.

The Court did not decide in favor of the Plaintiffs or the Defendants. Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and the people affected will get compensation. The Class Representatives and the attorneys think the settlement is best for Class Members who think they were injured or exposed.

## WHO IS IN THE SETTLEMENT

To see if you will get money from this settlement, you first have to decide if you are a Class Member.

Judge Russell decided that everyone who fits one or more of the following descriptions is a Class Member:

---

[1] This Class Action Notice applies to this captioned case, which includes the following cases consolidated into No. 3:07-CV-24 by order of the Court dated June 3, 2008: *Green, et al. v. General Electric Capital Services, Inc., et al.*; No. 3:08-cv-42; and *Fastrip, Inc. v. CSX*; No. 3:07-CV-66.

## NOTICE OF CLASS ACTION SETTLEMENT

All Persons or legal entities residing (as their primary residence), owning real property, or employed as their primary/full-time employment between January 16 and 19, 2007 in an area identified on the map attached as Exhibit 1 as the "Class Area." The Class Area corresponds to a geographical area defined by (i) outside of a circle with a radius of 1500 feet measured from the center of the derailment site, and (ii) inside of a circle with a radius of 3.5 miles measured from the center of the derailment site.

CSX Transportation, Inc. ("CSXT"), General Electric Capital Services, Inc. and General Electric Railcar Services Corp., ("GE") are included as Defendants in this lawsuit.

Yes, you are still included in the Class and are entitled to "Ordinary Monetary Benefits" (as described in this Notice in Table 1 on the following page) as long as you lived in or were working a full time job in the Class Area between January 16 and January 19, 2007, even if you do not believe you have a health problem.

However, if you file a claim for "Extraordinary Damages" as explained in this Notice, you will be required to submit a sworn statement explaining the health problems you suffered as a result of the train derailment, fires and environmental releases, as well as submitting proof of actual costs and expenses related to those health problems. Importantly, if you submit an Extraordinary Damages claim, you will not receive any Ordinary Monetary Benefits.

Yes, you are still included in the Class and are entitled to Ordinary Monetary Benefits (as described in this Notice in Table 1 on the following page) as long as you owned real property (generally a home, building or land) in the Class Area between January 16 and January 19, 2007, even if you do not believe your property was actually damaged.

However, if you file a claim for "Extraordinary Damages" as explained in this Notice, you will be required to submit a sworn statement explaining the damage you suffered as a result of the train derailment, fires and environmental releases, as well as submitting proof of actual costs and expenses related to that damage. Importantly, if you submit an Extraordinary Damages claim, you will not receive any Ordinary Monetary Benefits.

If you are still not sure whether you are included, you can ask for free help. You can call **1-800-345-0837** toll free and ask for assistance in determining whether you are a member of the Class.

## NOTICE OF CLASS ACTION SETTLEMENT

For more information, you can also visit the website, www.Bullittcountytrainderailment.com.  Or you can fill out and return the Claim Form described in this Notice to see if you qualify. The Claim Form is attached to this Notice as Exhibit 2.

Yes. You are eligible to participate, but the amount, if any, you are due to receive from this settlement will be reduced by the amount you previously received from CSXT.

Yes, if his claim form is completed by a parent or guardian committing under oath only to use the settlement payment for the child's support, maintenance and education.

Yes. For a disabled claimant, his or her legal representative or guardian must complete the claim form and commit under oath to use the settlement payment for his support, maintenance or education. The personal representative or an heir of a deceased claimant must complete his claim form and commit only to use the settlement to pay debts of the estate followed by the heirs.

### THE SETTLEMENT BENEFITS - - WHAT YOU GET

CSXT and GE have agreed to create a Settlement Fund of $3 million for persons or entities who qualify as Class Members and who timely submit their Claim Forms.

Class Members are entitled to one of two kinds of benefits available under this settlement.  A Class Member can either receive Ordinary Monetary Benefits or Extraordinary Damages, but not both.  There are special proof requirements applicable to a claim for Extraordinary Damages that you should evaluate carefully before making such a claim because if your claim for Extraordinary Damages is denied you will not be entitled to Ordinary Monetary Benefits. You must decide which benefits are most appropriate for your situation based on the information contained in this Notice.

**Ordinary Monetary Benefits**:

Class Members are entitled to receive Ordinary Monetary Benefits according to the following categories, pursuant to the conditions listed in the Additional Conditions section below:

| **Area designations**<br>*(See Exhibit 1 attached to this Notice)* | **Minor personal injury and inconvenience**[2] | **Property damage**[3] |
|---|---|---|
| | | |

---

[2]Applicable to Class Members who lived or worked full-time at a location within the designated area on January 16 through 19, 2007.  Payments are per eligible person.

**NOTICE OF CLASS ACTION SETTLEMENT**

| | | |
|---|---|---|
| **AREA 1 (1500 feet to 1 mile from derailment, see Exhibit 1)** | $574.00 | $144.00 |
| **AREA 2 (1 mile to 2 miles from derailment, see Exhibit 1)** | $344.00 | $86.00 |
| **AREA 3 (2 miles to 3.5 miles from derailment, see Exhibit 1)** | $115.00 | $29.00 |

**Additional Conditions:**

- Only U.S. Citizens are eligible for benefits under this settlement and each Class Member can only make one claim, even if he or she both lives and works within the Class Area. However, if the Class Member both lives and works within the Class Area, the Class Member may pick the payment category with the highest dollar value. A single Class Member who owns multiple real properties within the class area, however, may submit a claim for each eligible property he or she owns.

- You must possess a social security number or federal tax ID number and provide that number with your Claim Form. In addition, you will be required to demonstrate residence, employment and/or land ownership in the class by producing a copy of a utility bill, driver's license, real property tax assessment invoice, payment stub or other similar document that contains your name and evidencing an address that is within the Class Area.

- If a Class Member previously received money from the CSXT voluntary assistance and claims process following the derailment, then those prior payments will be subtracted from the benefits listed in Table 1. In other words, you cannot get a double recovery. At the same time, no Class Member will have to give back any money as a result of the prior payment from CSXT.

- The payments provided for in the Ordinary Monetary Benefit table above are based upon the assumption that 50% of the estimated Class Member population will submit Claims Forms. The Ordinary Monetary Benefit amounts set out in Table 1 above were calculated based on a number of assumptions regarding the size of the Class population, the number of Settlement Class Members that will submit Claim Forms (50% of the estimated Class population), the number and amount of viable Extraordinary Damages claims, and the amount of any offsets from prior payments under the CSXT voluntary assistance and claims process.

---

[3]Applicable to Class Members who only owned real property located within the designated area on January 16 through 19, 2007. Payments are per eligible real property.

## NOTICE OF CLASS ACTION SETTLEMENT

- In the event that the Settlement Fund does not have enough money to pay all of the eligible claims after final review of the Claim Forms (including Extraordinary Damage claims which are explained in more detail below) and payment of other costs, expenses, incentive awards and attorneys' fees, then the payment amounts in the table above will be reduced proportionately on a pro rata basis until available monies are sufficient to pay all eligible claims. Alternatively, if the number of valid claims is less than anticipated and the Cy Pres Fund would otherwise exceed the amount established in the Settlement Agreement, then the Settlement Administrator shall petition the Court to increase the benefit amounts on a proportionate pro rata basis. Any increased Ordinary Monetary Benefit amounts and revised Cy Pres Fund are subject to review and approval by the Court.

- All decisions by the Settlement Administrator as to whether a Class Member qualifies for Ordinary Monetary Benefits and the amount of Ordinary Monetary Benefits due shall be final and are not subject to appeal to the third-party neutral.

**Extraordinary Damages:**

If you believe you have suffered damages that are greater than the Ordinary Monetary Benefit amounts listed above in the Table 1, you can submit a claim for "Extraordinary Damages." If you file a claim for Extraordinary Damages, the benefits that may be paid to you will come from a limited fund of $500,000. The total amount of Extraordinary Damages awarded to all Class Members combined cannot exceed $500,000. If the total amount of Extraordinary Damages awards exceeds $500,000, then the payment amount for each award will be reduced proportionately on a pro rata basis until the total is equal to $500,000. Therefore, the amount of benefits you may recover will depend on the number of people who submit claims for Extraordinary Damages and how your damages compare with theirs. Please note that the maximum amount of Extraordinary Damages benefits that will be paid to any single person is $10,000. WHAT THIS MEANS IS THAT UNDER NO CIRCUMSTANCES WILL YOU RECEIVE MORE THAN $10,000 AND YOU MAY RECEIVE SUBSTANTIALLY LESS.

Please also be aware that you cannot make a claim for Extraordinary Damages and also make a claim for Ordinary Monetary Benefits. What this means is that if you choose to send in a claim for Extraordinary Damages, you are giving up your right to make a claim for the full amount of benefits possible in Table 1. This is true regardless of whether your Extraordinary Damages claim is denied in whole or in part. In the event that the Settlement Administrator denies your claim for Extraordinary Damage in its entirety or determines your Extraordinary Damage amount that is less than 25% of the amount that you would have been entitled to if you had made a claim for Ordinary Monetary Benefits, then the Settlement Administrator will award you ¼ of the

Ordinary Monetary Benefit that you would have been entitled to (had you filed a claim for Ordinary Monetary Benefits to begin with) in Table 1.

When submitting a claim for Extraordinary Damages, you must send in receipts of your actual expenses or other documents that prove an actual expense or other costs or damages actually incurred by you as a result of the train derailment, fires and environmental releases. These expenses and costs must have been caused by the derailment, fires environmental releases and

## NOTICE OF CLASS ACTION SETTLEMENT

cleanup. The facts supporting your Extraordinary Damages claim must be sworn to under penalty of perjury. Again, you cannot get double recovery for expenditures previously paid or reimbursed by CSXT as part of its voluntary assistance and claims process following the derailment.

Extraordinary Damages claims will be reviewed and decided by the Settlement Administrator. If you do not agree with the Settlement Administrator's evaluation of your claim for Extraordinary Damages, you will have fifteen (15) days from receipt of the Settlement Administrator's decision to file a dispute notice with the Settlement Administrator. A dispute notice form will be attached to the Settlement Administrator's written decision and will also be available on www.Bullittcountytrainderailment.com.

If you dispute the Settlement Administrator's decision as to your Extraordinary Damages claim, your dispute will be decided by one or more neutral third parties. The third-party neutral's decision will be a final decision and you will not have any other means of objecting to the decision.

If you were exposed to substances released into the Class Area between January 16 and January 19, 2007, you must send in a Claim Form now.

### HOW YOU GET A PAYMENT - - SUBMITTING A CLAIM FORM

To qualify for a payment, you must send in a claim form and all required documentation. A claim form is attached to this Notice as Exhibit 2. You can also get a claim form on the Internet at www.Bullittcountytrainderailment.com. Read the instructions carefully, fill out the form, include all documents the form asks for, sign it, and mail it postmarked no later than _____, 2008.

The Court will hold a hearing called a "Fairness Hearing" on _____, 2008, to decide whether to approve the settlement. If Judge Russell approves the settlement, after that there may be appeals. It's always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. Please be patient.

Unless you exclude yourself, you are staying in the Class, and that means that you can't sue, continue to sue, or be part of any other lawsuit against CSXT and GE about the legal issues in *this* case. It also means that all of the Court's orders will apply to you and legally bind you. If you sign the claim form, you will agree to a "General Release of Claims," attached to the claim form, which describes exactly the legal claims that you give up if you get settlement benefits. Even if you do not submit a claim form, you will give up these legal claims unless you exclude yourself from the Class (as described below).

### EXCLUDING YOURSELF FROM THE SETTLEMENT

QUESTIONS? CALL 1-800-345-0837 TOLL FREE
OR VISIT WWW.BULLITTCOUNTYTRAINDERAILMENT.COM

## NOTICE OF CLASS ACTION SETTLEMENT

If you don't want a payment from this settlement, but you want to keep the right to sue or continue to sue CSXT and/or GE on your own about the legal issues in this case, then you *must* take steps to get out. This is called excluding yourself - - or it is sometimes referred to as "opting-out" of the settlement Class.

To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from *In Re Bullitt County Train Derailment*., 3:07-CV-24-R. Be sure to include your name, address, telephone number, and your signature. You must mail your exclusion request postmarked no later than _____, 2008, to:

> In re: Bullitt County Train Derailment
> c/o Settlement Class Counsel
> W. Lewis Garrison, Jr.
> Heniger Garrison Davis
> 2224 First Avenue North
> Birmingham, AL 35203

You can't exclude yourself on the phone or by e-mail. If you ask to be excluded, you will not get any settlement payment, and you cannot object to the settlement. You will not be legally bound by anything that happens in this lawsuit. You may be eligible to sue (or continue to sue) CSXT and/or GE in the future.

No. Unless you exclude yourself, you give up the right to sue CSXT and/or GE for the claims that this settlement resolves. If you have a pending lawsuit, speak to your lawyer in that lawsuit immediately. You must exclude yourself from *this* Class to continue your own lawsuit. Remember, the exclusion deadline is ____, 2008.

No. If you exclude yourself, you do not send in a claim form to ask for money. But, you may sue, continue to sue, or be part of a different lawsuit against CSXT and/or GE.

### THE LAWYERS REPRESENTING YOU

The Court asked the law firms of John Spainhour of Givhan & Spainhour, PSC, Lee Coleman of Hughes & Coleman, Barry Reed of Zimmerman Reed, PLLP, M. Scott Barrett of Barrett & Associates, and W. Lewis Garrison, Jr. of Heniger Garrison Davis LLC to represent you and other Class Members. Together, the lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense.

QUESTIONS? CALL 1-800-345-0837 TOLL FREE
OR VISIT WWW.BULLITTCOUNTYTRAINDERAILMENT.COM

## NOTICE OF CLASS ACTION SETTLEMENT

Class Counsel will ask the Court for attorneys' fees up to $1,050,000.00 plus costs and expenses reasonably incurred in the litigation, and a payment of $2,000 to each of the Class Representatives. The Court may award less than these amounts. These amounts will be come out of the Settlement Fund. The costs to administer the settlement will also be paid for out of the $3 million Settlement Fund. CSXT and GE have agreed not to oppose these fees and expenses.

### OBJECTING TO THE SETTLEMENT

You can tell the Court that you don't agree with the settlement or some part of it.

If you're a Class Member, you can object to the settlement if you don't like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter saying that you object to *In Re Bullitt County Train Derailment*., 3:07-CV-24-R and you must specifically state your objections. Be sure to include your name, address, telephone number, your signature, and a detailed reason as to why you object to the settlement. Mail the objection to the 4 places listed below, postmarked no later than _____, 2008:

(1) Clerk of the Court at the United States Courthouse
601 West Broadway
Louisville, Kentucky 40202-22227

(2) Settlement Class Counsel: W. Lewis Garrison, Jr.,
Heninger Garrison Davis LLC
2224 First Avenue North
Birmingham, Alabama  35203

(3) CSXT's Counsel: Edward H. Stopher
400 West Market Street, Aegon Center, Suite 2300
Louisville, Kentucky  40202-3346

(4) GE's Counsel: Jere F. White, Jr.
Lightfoot Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200.

Objecting is simply telling the Court that you don't like something about the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself from the Class, you have no basis to object because the case no longer affects you.

### THE COURT'S FAIRNESS HEARING

QUESTIONS? CALL 1-800-345-0837 TOLL FREE
OR VISIT WWW.BULLITTCOUNTYTRAINDERAILMENT.COM

Page 11
EXHIBIT 3 to Proposed Preliminary Approval Order

## NOTICE OF CLASS ACTION SETTLEMENT

The Court will hold a hearing to decide whether to approve the settlement. You may attend and you may ask to speak, but you don't have to.

The Court will hold a Fairness Hearing at _____ a.m. on _____, 2008, at the United States District Court for the Western District of Kentucky at Louisville, 601 West Broadway, Louisville, Kentucky 40202-22227 in Courtroom ____.  At this hearing the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. Judge Russell will listen to people who have attended and who have asked to speak at the hearing. The Court may also decide how much to pay Class Counsel.  After the hearing, the Court will decide whether to approve the settlement. We do not know how long these decisions will take.

No. Class Counsel will answer questions Judge Russell may have. But, you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *In Re Bullitt County Train Derailment*, 3:07-CV-24-R."  Be sure to include your name, address, telephone number, and your signature. Your Notice of Intention to Appear must be postmarked no later than _____, 2008,

and must be sent to the Clerk of the Court, Class Counsel, CSXT's Counsel and GE's Counsel at the four addresses listed in question 24.  You cannot speak at the hearing if you have excluded yourself.

## IF YOU DO NOTHING

If you do nothing at all, you'll get no money from this settlement. But, unless you exclude yourself, you won't be able to start a lawsuit, continue a lawsuit, or be part of any other lawsuit against CSXT and/or GE about the legal issues in this case, ever again.

## GETTING MORE INFORMATION

This Notice summarizes the proposed settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement by writing Bullitt County Train Derailment Settlement, Attn: Ed Gentle, P.O. Box 12327, Birmingham, AL 35202, or by visiting www.Bullittcountytrainderailment.com.

You can call 1-800-345-0837 toll free; write to Bullitt County Train Derailment Settlement, Attn: Ed Gentle, P.O. Box 12327, Birmingham, AL 35202; or visit the website at www.Bullittcountytrainderailment.com, where you will find answers to common questions about

## NOTICE OF CLASS ACTION SETTLEMENT

the settlement, a claim form, plus other information to help you determine whether you are a Class Member and whether you are eligible for a payment.

DATE: _____, 2008