| AOC-840<br>Rev. 12-03<br>Page 1 of 1     Doc. Code: OFID<br><br>Commonwealth of Kentucky<br>Court of Justice   www.kycourts.net<br>KRS 395.105; 395.110 | <br><br>ORDER APPOINTING FIDUCIARY | Case No. 09-P-00085<br>Court   Probate District<br>County   Bullitt |

IN RE: Estate of __William Ray Green, Sr.__

Upon hearing the Petition of __Lacey Renee Green__

the Court appoints __Lacey Renee Green__,

to act as __Administratrix__ _____ of said estate and fixes bond in the sum of $ __5,000__

[ ] with approved Surety   OR   [✓] with Surety having been waived.

Date: __3/13, 2009__

_(signature)_
**Judge's Signature**

AS CLERK OF THE BULLITT CIRCUIT/DISTRICT COURT, I DO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL ENTERED OF RECORD IN MY OFFICE. IN TESTIMONY WHEREOF WITNESS MY HAND THIS DAY OF __03-20-09__
LAYNE ABELL, CLERK
BY: __PCoff__ D.C.

**ENTERED**
MAR 19 2009
BULLITT CIRCUIT DISTRICT COURT
BY: ____ D.C.

---

**To be completed on copies only:**

**CERTIFICATE OF QUALIFICATION**

I, __Layne Abell__, Clerk of the __Bullitt__ District Court, certify this is a true and correct copy of the Order Appointing Fiduciary as recorded in my office. This Order and Qualification is in full force and effect.

Date: __3/20__, 2009

__Layne Abell__ Clerk

By: __PCoff__, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:08-CV-42-R
(consolidated with
CIVIL ACTION NO. 3:07-CV-24-R)

ROBERTA GREEN, et al.,  )
)
    Plaintiffs,  )
)
v.  )
)
CSX TRANSPORTATION, INC.,  )
GENERAL ELECTRIC CAPITAL SERVICES,  )
INC., and GENERAL ELECTRIC RAILCAR  )
SERVICES CORP.  )
)
    Defendants.  )

## ORDER

The Court, upon considering the record and being otherwise sufficiently advised, hereby GRANTS the motion of the Plaintiffs to substitute Lacey R. Green for Plaintiff William Green, Sr. (who died on November 23, 2008), in this consolidated action.

March 24, 2009

*Thomas B. Russell*
**Thomas B. Russell**
**Chief Judge, U.S. District Court**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| In re BULLITT COUNTY TRAIN DERAILMENT LITIGATION | § § § § | CIVIL ACTION NO. 3:07CV-24-R<br><br>HON. THOMAS B. RUSSELL<br>JURY TRIAL REQUESTED |

### ORDER SEVERING INDIVIDUAL CLAIMS OF BELL AND GREEN PLAINTIFFS

The Court considered Plaintiffs and Defendants, CSX Transportation, Inc. ("CSXT") and General Electric Capital Services, Inc. and General Electric Railcar Services Corp. (collectively "GE") motion to sever the individual claims made by Roberta Green, William R. Green, Sr. (now deceased), Michelle Hornback (individually and as next friend and representative of T.R.), Brandon Bell, and Brandy Bell (individually and as next friend and representative of minor M.F.) under Federal Rule of Civil Procedure 21. After consideration of the pleadings and argument of counsel, the Court is of the opinion that the motion should be GRANTED.

Accordingly, IT IS ORDERED THAT the individual claims of Roberta Green, William R. Green, Sr. (now deceased), Michelle Hornback (individually and as next friend and representative of T.R.), Brandon Bell, and Brandy Bell (individually and as next friend and representative of minor M.F.) are severed from this action under Federal Rule of Civil Procedure 21.

The Clerk shall reopen Case No. 3:08-CV-42-R and vacate the order at Docket #48 entered on June 4, 2008 pertaining to this action. The severed action will be tried by a jury.

*[signature: Thomas B. Russell]*

Thomas B. Russell
Chief Judge, U.S. District Court

239602.1

January 8, 2009

EXHIBIT A

**Bullitt County Train Derailment Settlement; Our File No. 4728-1 D**
**Opt-Out Plaintiffs to Be Admitted to the Settlement**
1-May-09

| Claimant First Name | Claimant Last Name |
|---|---|
| Roberta | Green |
| Lacey | Green, as Bullitt District epresentative of William Green, deceased |
| Michelle | Hornback |
| Michelle | Hornback, as Parent of T. R. Hornback, a minor |
| Wilma | Hornback |
| Ramonda | Marshall |

EXHIBIT B

**Bullitt County Train Derailment Settlement; Our File No. 4728-1 D**
**Additional Late Claims**
**1-May-09**

| Claimant First Name | Claimant Middle | Claimant Last Name | Suf-fix | Address | City, State, Zip | Receipt Date | Postmark Date | Blue Form |
|---|---|---|---|---|---|---|---|---|
| Donald | Timothy | Allen | | 163 Pine Valley Drive | Shepherdsville, KY 40165 | 02/09/09 | Missing | |
| Christian | James | Belcher | | 207 East O'Bryan Avenue | Bardstown, KY 40004 | 01/20/09 | 01/16/09 | |
| George | William | Cox | | 294 West Oak Street | Lebanon Jct., KY 40150 | 04/22/09 | 04/21/09 | x |
| Wanda | Louise | Cox | | 294 West Oak Street | Lebanon Jct., KY 40150 | 04/22/09 | 04/21/09 | |
| Michael | Todd | Dunn | | 238 Toy Court | Louisville, KY 40229 | 12/04/08 | Cannot read | |
| Steve | A. | Gordon | | 695 West Blue Lick Road Lot 35 | Shepherdsville, KY 40165 | 01/26/09 | Missing | x |
| Tina | M. | Gordon | | 695 West Blue Lick Road Lot 35 | Shepherdsville, KY 40165 | 01/26/09 | Missing | |
| Emery | | Hall | | 1570 Hall's Lane | Shepherdsville, KY 40165 | 04/06/09 | 04/01/09 | x |
| Nell | Laverne | Hall | | 1461 Hall's Lane | Shepherdsville, KY 40165 | 04/06/09 | 04/01/09 | |
| Shirley | | Hall | | 1461 Hall's Lane | Shepherdsville, KY 40165 | 04/06/09 | 04/01/09 | x |
| Bailey | L. | McIntosh | | 11107 Success Lane | Louisville, KY 40229 | 12/05/08 | Missing | |
| Stetson | Michael | Norton | | 276 River Oaks Drive | Shepherdsville, KY 40165 | 04/10/09 | 04/07/09 | x |
| Joe | Thomas | Puckett | | 1348 West Bluelick Road | Shepherdsville, KY 40165 | 03/16/09 | 03/12/09 | |
| Carolyn | Owen | Rowe | | 466 North Meyers Road | Brooks, KY 40109 | 04/06/09 | 04/03/09 | |
| Suzanne | Elizabeth | Troxell | | 119 Keebler Drive | Louisville, KY 40229 | 02/02/09 | Cannot read | |