## GENTLE, TURNER & SEXTON
ATTORNEYS AND COUNSELLORS AT LAW
SUITE 1200 - TWO NORTH TWENTIETH BUILDING
2 NORTH 20TH STREET
BIRMINGHAM, ALABAMA 35203

EDGAR C. GENTLE, III
TERRY D. TURNER, JR.*
K. EDWARD SEXTON, II
KATHERINE A. HARBISON
M. BRANDON WALKER
DIANDRA S. DEBROSSE


'10 JUL -9 P12:41

FILED
US DISTRICT COURT CL
WESTN. DIST. KENTUCKY

TELEPHONE (205) 716-3000
TELECOPIER (205) 716-3010

*ALSO ADMITTED IN FLORIDA

June 15, 2010

**VIA FEDERAL EXPRESS**

The Honorable Thomas B. Russell, Chief Judge
United States District Court for the Western District of Kentucky at Louisville
Gene Snyder United States Courthouse
601 West Broadway, Room 202
Louisville, KY 40202-2227

Re:  The Bullitt County Train Derailment Litigation - Case No. 3:07-CV-24-R- Settlement Administrator's Final Report to the Court to Wind Up the Bullitt County Train Derailment Settlement Fund and Suggest Payment of Remaining Funds; Our File Number 4728-1 {D}

Dear Judge Russell:

As the Court knows, I am the Settlement Administrator of the Bullitt County Train Derailment Settlement Fund (the "Settlement Fund"), established by the Court's January 6, 2009 Final Judgment and Order approving the Settlement herein (the "Final Judgment"). Please consider this letter to be the Final Administrative Report to the Court, which has been agreed to by the parties.

We hereby:

(i) confirm payment of the Dividends and Cy Pres Awards under the Court's January 21, 2010 Order Approving Settlement Administrator's Final Payment Report and Authorizing Pro-rata Dividend Payment, and Settlement Administrator's Fee for Remainder of Settlement Administration (the January 21, 2010 Order) as detailed below; and

(ii) propose the pay-out of the remaining funds in the Bullitt County Train Derailment Settlement Fund, and request that this Court issue an Order approving the distribution of the remaining funds and the termination of the Bullitt County Train Derailment Settlement Fund as suggested in this report.

June 15, 2010
Page 2

### A. Payment of Dividends and Cy Pres Award

In accordance with the January 21, 2010 Order, on February 5, 2010, the Settlement Administrator issued a pro-rata dividend to the Ordinary Monetary Benefit claimants who successfully submitted a personal injury and/or property claim, with the pro-rata payments totaling $238,780, and the pro-rata payments per claim being as follows:

| Area | Personal Injury Dividend | Property Dividend |
| --- | --- | --- |
| Area 1 | $155.00 per claim | $45.00 per claim |
| Area 2 | $93.00 per claim | $27.00 per claim |
| Area 3 | $31.00 per claim | $9.00 per claim |

Furthermore, in accordance with the January 21, 2010 Order, $35,000 was reserved for the Settlement Administrator's fee (including future expenses) for completing the administration of the Settlement Fund, including the payment of the above dividend and all tax and accounting matters to wind-up the Settlement Fund. Of that $35,000, $4,864.60 remains for payment of fees for the winding up of the Bullitt County Train Derailment Settlement Fund, including the preparation of the final tax returns.

The Settlement Administrator issued payment of the remaining balance of the Settlement Fund, after the payment of the dividend and fees and expenses as approved herein, in the amount of $393,000, as a Cy-pres distribution as follows: 50% to Safe Place, 2411 Bowman Avenue, Louisville, KY 40217 and 50% to CASA.

### B. Suggested Pay-Out of Remaining Funds

After the issuance and payment of the above distributions, we reconciled the Bullitt County Train Derailment Settlement Fund and determined that 163 of the Ordinary Damages and Dividend Payment checks issued, totaling $10,149.67, have not been cashed. Both the Ordinary Damages and Dividend Checks stated in writing on the check that if the check was not cashed within ninety (90) days, the check was deemed to be void. The outstanding checks are all over ninety (90) days old, and the claimants have not contacted us requesting reissuance of the checks. Therefore, we propose that the Court issue an Order that these checks be permanently voided upon the closing of the Bullitt County Train Derailment Settlement Fund, and that the claimants are deemed to have waived their payments and, are thereby paid in full and bound by the terms of the Settlement.

Furthermore, in order to efficiently wrap up the Bullitt County Train Derailment Settlement Fund and to reduce the administrative expenses of the Fund, the Settlement Administrator proposes that the remaining $10,149.67 balance in the Claimant Account and the $4,864.60 in the Investment Account (constituting the reserve for fees and expenses), be transferred to the Trust account of the Settlement Administrator, minus any outstanding banking fees and expenses, to be used as follows:

June 15, 2010
Page 3

---

    (i)    The remaining $10,149.67 in uncashed funds be distributed as a Cy Pres Award as follows: 50% to Safe Place, 2411 Bowman Avenue, Louisville, KY 40217 and 50% to CASA; and

    (ii)    The remaining $4,864.60 for fees and expenses will be used to wind up the Bullitt County Train Derailment Settlement Fund, as previously authorized in the January 21, 2010 Order, including preparation of remaining income tax returns.

Thereafter, the Settlement Administrator would close the Bullitt County Train Derailment Settlement Fund.

After the completion of the transfer and payout of the funds as described above, the Settlement Administrator's duties would terminate, with the enclosed proposed Order confirming the same.

For the Court's convenience, submitted herewith is a proposed agreed Order (i) approving the above Settlement Administrator's Final Report; (ii) authorizing the requested distribution of the remaining funds in the Bullitt County Train Derailment Settlement Fund; and (iii) authorizing the termination of the Bullitt County Train Derailment Settlement Fund and the releasing of the Settlement Administrator from his duties and obligations hereunder upon his completion of the foregoing.

Please give us a call if you have any questions or need any additional information.

Thank you for your consideration.

Yours very truly,

*[signature]*

Edgar C. Gentle, III
Settlement Administrator
The Bullitt County Train Derailment Settlement Fund

KAH/
Enclosure

cc:    (with enclosures)(via email)
       W. Lewis Garrison, Jr., Esq.
       Lewis Sutherland, Esq.
       Lana Alcorn Olson, Esq.
       John Spainhour, Esq.
       M. Scott Barrett, Esq.